**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**Appeal Number: 25-11728**
**District Court Docket No. 25-CV-21172-EIS**

**DAVID W. LANGLEY et al.**
Appellant,

v.

**LIZA HAZAN a/k/a ELIZABETH HAZAN,**

Appellee.

On Appeal from
United States District Court for the Southern District of Florida

District Court Docket No. 25-CV-21172-EIS

---

# APPELLANTS LIZA HAZAN AND SEAN MEEHAN'S MOTION FOR EXTENSION OF TIME TO PAY FILING FEE

---

June 9, 2025

Elizabeth Hazan

By: _/s / Liza Hazan
Liza Hazan a/k/a
Elizabeth Hazan 6913
Valencia Drive
Miami, FL 33109
*Pro se Defendant*
***Via US Mail***

Sean Neil Meehan

By: _/s/ Sean Meehan
Sean Meehan
*Pro se Defendant*
***Via US Mail***

## CERTIFICATE OF INTERESTED PARTIES

Aresty, Joel – attorney for Liza Hazan

Fisher Island Community Association, Inc. – HOA of Appellee

Fisher Island Community Association, Inc. – HOA of Appellee Hazan, Elizabeth a/k/a Hazan, Liza –Appellee

Selective Advisor Group, LLC formerly known as Selective Advisors Group, LLC

JPMorgan Chase Bank, National Association –Plaintiff in pending declaratory action against Appellee Liza Hazan

Langley, David W. – attorney for Appellee

Law Offices of David W. Langley – firm for Appellee

Law Office of Robert A. Gusrae, Esq. - for Creditor Fisher Island Community Association

Leon Cosgrove LLC – attorney of record for JP Morgan Chase Bank

Meehan, Sean Neil – Manager of Selective Advisors Group, LLC and Selective Advisors Group, LLC

Appellee Sean Meehan

6913 Valencia, LLC – holder of mortgage on the Fisher Island Property

Valencia Estates Homeowners' Association, Inc. – Creditor of Appellee Hazan and HOA of the Fisher Island Property

Zaron, Andrew D. – attorney of record for JP Morgan Chase Bank

Judge Reemberto Diaz

Judge Sanchez

Appellants LIZA HAZAN a/k/a ELIZABETH HAZAN, and SEAN NEIL MEEHAN further certifies that JP Morgan Chase Bank is a publicly traded company with an interest in the outcome of this case.

**LIZA HAZAN A/K/A ELIZABETH HAZAN'S MOTION FOR EXTENSION OF TIME TO PAY THE FILING FEE**

Appellants Liza Hazan a/k/a Elizabeth Hazan and Sean Neil Meehan, *Pro Se* appellants, file this Motion for extension of time to pay the filing fee due to unforeseen circumstances and financial hardship. Appellants pray this Court grant them a thirty day extension of time to pay for the filing fee, grant for such other and further relief as that this court may deem just and proper

Elizabeth Hazan

By: /s/Liza Hazan
Liza Hazan a/k/a Elizabeth Hazan 6913 Valencia Drive Miami, FL 33109 *Pro se Defendant*
***Via US Mail***

Sean Neil Meehan
By: /s/ Sean Meehan
Sean Meehan
*Pro se Defendant*
***Via US Mail***

**CERTIFICATE OF COMPLIANCE**

I hereby certify this Petition for Rehearing complies with Fed. R. App.

P. 32(a)(7)(B) as the brief contains 550 total words using Times New Roman 14- point font.

Respectfully submitted,

Elizabeth Hazan

By:_/s/Liza Hazan
Liza Hazan a/k/a Elizabeth Hazan 6913 Valencia Drive Miami, FL 33109 *Pro se Defendant*
***Via US Mail***

Sean Neil Meehan
By:/s/ Sean N. Meehan
Sean Meehan
*Pro se Defendant*
***Via US Mail***

## CERTIFICATE OF SERVICE

I electronically filed the foregoing Petition for Rehearing using the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all counsel of record and was served on counsel of record by Appellant.

Respectfully submitted,

Elizabeth Hazan

By:/S/Liza

Hazan

Liza Hazan
a/k/a Elizabeth
Hazan 6913
Valencia Drive
Miami, FL
33109 *Pro se*
*Defendant*
***Via US Mail***

Sean Neil Meehan
By: /s/ Sean N. Meehan
Sean Meehan
*Pro se*
*Defendant*
***Via US Mail***

**SERVICE LIST**

**Via CM/ECF/EMAIL**

**DAVID W. LANGLEY and DAVID W. LANGLEY, P.A.,**

David W. Langley on behalf of Plaintiffs **DAVID W.**

**LANGLEY and DAVID W. LANGLEY, P.A.,**

dave@flalawyer.com, emily@flalawyer.com;